UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ALDEN A. THOMAS, SR., Trustee, doing business as P.A.J. Trust Executor Office,

        Plaintiff,

   v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, RAYMOND MADDEN, Warden,

        Defendants.

Case No. 3:18-cv-00152-MC

ORDER

MCSHANE, District Judge:

    Plaintiff, a California inmate appearing pro se, files this action and applies to proceed in forma pauperis. Review of the application and plaintiff's inmate account certification reveals that plaintiff is unable to afford the fees of this action. However, the case must be dismissed.

    Federal law authorizes federal courts to review cases filed in forma pauperis to determine if a claim is either "frivolous or malicious" or "fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B). The court must construe pro se pleadings liberally and afford the plaintiff "the benefit of any doubt." *Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010)

1   - ORDER

(citation omitted). "Unless it is absolutely clear that no amendment can cure" defects in the complaint, "a pro se litigant is entitled to notice of the complaint's deficiencies and an opportunity to amend prior to dismissal of the action." *Lucas v. Dep't of Corr.*, 66 F.3d 245, 248 (9th Cir. 1995) (per curiam).

Plaintiff seeks entry and enforcement of a foreign or "tribal court money judgment," allegedly issued against the California Department of Corrections in the amount of $10,000,000.00. (ECF Nos. 2, 2-1) However, the purported foreign judgment plaintiff seeks to enforce was "issued" from an unspecified, unknown, and likely fictitious court, and this Court cannot register or enforce unauthenticated judgments. *See* 28 U.S.C. § 1738.

## CONCLUSION

This action is DISMISSED.

IT IS SO ORDERED.

DATED this 6th day of February, 2018.


_s/ Michael J. McShane_
Michael McShane
United States District Judge